**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6988**

In re:  RANDELL COY TROUTMAN,

Petitioner.

On Petition for Writ of Habeas Corpus.

Submitted:  February 19, 2020                    Decided:  March 3, 2020

Before DIAZ, RICHARDSON, and RUSHING, Circuit Judges.

Petition dismissed by unpublished per curiam opinion.

Randell Coy Troutman, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randell Coy Troutman filed a petition for an original writ of habeas corpus challenging his drug trafficking and firearm convictions and 360-month sentence imposed in the United States District Court for the Northern District of Ohio. This court ordinarily declines to entertain original habeas corpus petitions under 28 U.S.C. § 2241 (2018), and this case provides no reason to depart from the general rule. Moreover, we find that the interest of justice would not be served by transferring the case to a district court. *See* 28 U.S.C. § 1631 (2018). Accordingly, we deny Troutman's motion for leave to proceed in forma pauperis and dismiss the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*